IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PEDRO PEREZ-HERNANDEZ, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION NO. 14-00229-WS |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 11-00011-WS |
| Respondent. | |

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 24, 2015 is **ADOPTED** as the opinion of this Court.

**DONE** this 5th day of January, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**